

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2024
```

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Velasquez v. The Baodega LLC et al, No. 1:24-cv-03486-AT**

Dear Judge Torres:

I write respectfully to request a two-week extension of time to submit the settlement agreement and accompanying letter motion, currently due by October 4, 2024, in the above-referenced matter. Due to recent unforeseen family obligations, I was unable to attend to my work for a couple of weeks, and as a result, I am currently catching up on pending matters.

Counsel for Defendant, Regina Faul, has graciously consented to this request. Should the Court grant this extension, the new proposed deadline would be October 18, 2024.

I sincerely apologize for any inconvenience this delay may cause and appreciate Your Honor's attention and consideration of this request.

Respectfully submitted,

/s/
Lina Stillman
42 Broadway, 12th Floor
New York, NY 10004
Tel: (212) 832-1000
Fax: (212) 203-9115
LS@StillmanLegalPC.com

GRANTED.

SO ORDERED.

Dated: October 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge